BEFORE THE FIRST DIVISION, MAY 20, 1940

**No. 43741.**—Protests 961647–G, etc., of Gellman Brothers et al. (Minneapolis).

Opinion by BROWN, J. In accordance with stipulation of counsel kazoos like those the subject of Abstract 32264 were held dutiable at 45 percent under paragraph 397 and opera glasses the same as those passed upon in *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) were held dutiable at 35 percent under paragraph 228 (b) and the French Trade Agreement.